JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE TUCKER,<br><br>          Plaintiff,<br><br>  vs.<br><br>COMPREHENSIVE STAFFING SOLUTIONS OF CALIFORNIA, LLC, a Nevada Company doing business in California; NATHAN SKLAR, an individual; and DOES 1 through 20,<br><br>          Defendants. | CASE NO. CV12-10215 JAK (FMOx)<br><br>Judge: John A. Kronstadt<br>Courtroom: 750<br><br>Complaint filed: 10/9/2012<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

    The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney's fees and costs, this matter is hereby dismissed with prejudice.

    IT IS SO ORDERED.

DATED: July 25, 2013

_____
The Honorable John A. Kronstadt
U.S. District Court